No. 79–183.  WHITE AUTOMOTIVE CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 79–189.  MERCURIO *v.* UNITED STATES; FLORAMO *v.* UNITED STATES; CORSO *v.* UNITED STATES; and RHODES *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 601 F. 2d 576 (second and third cases) and 577 (first and fourth cases).

No. 79–197.  SKOKO ET AL., BOARD OF COUNTY COMMISSIONERS OF CLACKAMAS COUNTY, OREGON *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–215.  DARK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 79–217.  RENO-WEST COAST DISTRIBUTION CO., INC. *v.* MEAD CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–223.  GOODBAR ET AL. *v.* PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS, ET AL.  C. C. P. A.  Certiorari denied.

No. 79–224.  COLEMAN *v.* DARDEN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–228.  TEXAS LANDOWNERS RIGHTS ASSN. ET AL. *v.* DIRECTOR, FEDERAL EMERGENCY MANAGEMENT AGENCY, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 79–230.  KLEINSCHMIDT ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–233.  WINES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.